UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SMALL PROPERTY OWNERS OF
NEW YORK, INC.; RPN
MANAGEMENT CO., INC.; PKM HOME
LLC; and 135 W 78TH, LLC,

Plaintiff(s)

- v -

THE CITY OF NEW YORK; THE NEW YORK CITY RENT GUIDELINES
BOARD; RUTHANNE VISNAUSKAS, in her official capacity as
Commissioner of the New York State Division of Housing and Community
Renewal; THE STATE OF NEW YORK; DOUG APPLE, in his official
capacity as chair and member of the New York City Rent Guidelines
Board; ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN,
ALEXANDER ARMLOVICH, ROBERT EHRLICH, CHRISTINA SMYTH,
GENESIS AQUINO, and ADÁN SOLTREN, in their official capacities as
members of the New York City Rent Guidelines Board,

Defendant(s)

_____

**RULE 7.1 STATEMENT**

_____

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

SMALL PROPERTY OWNERS OF NEW YORK, INC.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

No corporate affiliates, subsidiaries, or parent corporation, nor any publicly held corporation owns 10% or more of the stock in Small Property Owners of New York, Inc.

.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

11/12/25

Date

/s/ William Aronin

Signature of Attorney

WA0685

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).