UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
SMALL PROPERTY OWNERS OF
NEW YORK, INC., et al.,

        Plaintiff(s),                              Case No. 1:25-cv-09425-JPC

    -against-                                    PROOF OF SERVICE

THE CITY OF NEW YORK, et al.,

        Defendant(s).
------------------------------------------------X

        VERONICA CALDERON, declare under penalty of perjury and says that she is over the age of eighteen years, is employed by the attorney service METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 5th day of December, 2025, at approximately 9:48 AM deponent served a true copy of the Summons in a Civil Action, Complaint for a Civil Case, Civil Cover Sheet, Civil Cover Sheet Attachment, four Rule 7.1 Statement's, Motion of McCarley Maddock for Admission Pro Hac Vice, Affidavit of McCarley Maddock in Support of Motion for Admission Pro Hac Vice, Motion of Robert Johnson for Admission Pro Hac Vice, Affidavit of Robert Johnson in Support of Motion for Admission Pro Hac Vice, two Order's for Admission Pro Hac Vice and Individual Rules and Practices in Civil Cases upon Adan Soltren, in his official capacity as chair and member of the New York City Rent Guidelines Board at 1 Centre Street, Suite 2210, New York, New York, by personally delivering and leaving the same with Danielle Burger, Co-Research Director, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Danielle Burger is a Caucasian female, approximately 50 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 170 pounds with black/gray hair and glasses.

*/s/ Veronica Calderon*
VERONICA CALDERON #2124081
Process Server
Dated: December 8, 2025