UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
SMALL PROPERTY OWNERS OF
NEW YORK, INC., et al.,

        Plaintiff(s),

   -against-

THE CITY OF NEW YORK, et al.,

        Defendant(s).
-----------------------------------------------X

Case No. 1:25-cv-09425-JPC

PROOF OF SERVICE

    VERONICA CALDERON, declare under penalty of perjury and says that she is over the age of eighteen years, is employed by the attorney service METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 5th day of December, 2025, at approximately 10:17 AM deponent served a true copy of the Summons in a Civil Action, Complaint for a Civil Case, Civil Cover Sheet, Civil Cover Sheet Attachment, four Rule 7.1 Statement's, Motion of McCarley Maddock for Admission Pro Hac Vice, Affidavit of McCarley Maddock in Support of Motion for Admission Pro Hac Vice, Motion of Robert Johnson for Admission Pro Hac Vice, Affidavit of Robert Johnson in Support of Motion for Admission Pro Hac Vice, two Order's for Admission Pro Hac Vice and Individual Rules and Practices in Civil Cases upon The State of New York at Office of the New York State Attorney General, 28 Liberty Street, New York, New York, by personally delivering and leaving the same with Paulina Rubio, Office Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Paulina Rubio is a Hispanic female, approximately 35 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 150 pounds with black hair and glasses.

_/s/ Veronica Calderon_
VERONICA CALDERON #2124081
Process Server
Dated: December 8, 2025

Metro Attorney Service Inc. 305 Broadway 7th Floor New York New York 10007 212.822.1421 NYC DCA #1320502