UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SMALL PROPERTY OWNERS OF NEW YORK, INC.;
RPN MANAGEMENT CO., INC.; PKM HOME LLC;
AND 135 W 78TH, LLC,

                                                Plaintiffs,

-against-

THE CITY OF NEW YORK; THE NEW YORK CITY
RENT GUIDELINES BOARD; RUTHANNE
VISNAUSKAS, in her official capacity as Commissioner
of the New York State Division of Housing and
Community Renewal; THE STATE OF NEW YORK;
DOUG APPLE, in his official capacity as chair and
member of the New York City Rent Guidelines Board;
ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN,
ALEXANDER ARMLOVICH, ROBERT EHRLICH,
CHRISTINA SMYTH, GENESIS AQUINO, AND ADÁN
SOLTREN, in their official capacities as members of the
New York City Rent Guidelines Board,

                                                  Defendant(s).

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

25-cv-09425

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Leah A. Reiss, appears as counsel for Defendants the City of New York; the New York City Rent Guidelines Board; Doug Apple, in his official capacity as chair and member of the RGB; and Arpit Gupta, Alex Schwartz, Reed Jordan, Alexander Armlovich, Robert Ehrlich, Christina Smyth, Genesis Aquino, and Adán Soltren, in their official capacities as members of the RGB (collectively, "City Defendants"), and requests receipt of notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
December 19, 2025

          MURIEL GOODE-TRUFANT
          Corporation Counsel of
          the City of New York
          Attorney for City Defendants
          100 Church Street
          New York, New York 10007 Email:
          lreiss@law.nyc.gov
          Tel: (212) 356-2116
          Fax: (212) 356-1148

By:    /s/ Leah A. Reiss
        Leah A. Reiss
        Assistant Corporation Counsel

Cc:    Counsel for Plaintiffs (via ECF)
       Counsel for Defendants Ruthanne Visnauskas and the State of New York (via email)