

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LEAH A. REISS**
Tel: (212) 356-2116
e-mail: lreiss@law.nyc.gov

December 19, 2025

BY ECF & EMAIL
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:    Small Property Owners of New York, Inc. et al. v. City of New York et al.,
       Docket No. 25-cv-9425

Dear Judge Cronan,

I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for Defendants the City of New York (the "City"); the New York City Rent Guidelines Board ("RGB"); Doug Apple, in his official capacity as chair and member of the RGB; and Arpit Gupta, Alex Schwartz, Reed Jordan, Alexander Armlovich, Robert Ehrlich, Christina Smyth, Genesis Aquino, and Adán Soltren, in their official capacities as members of the RGB (collectively, "City Defendants"). The Complaint was served on the City Defendants on or around December 5, 2025, with the exception of the City, upon which the Complaint was served on or around December 9, 2025. The deadline for the City Defendants, with the exception of the City, to answer or otherwise respond to the Complaint is therefore December 26, 2025, and the deadline for the City to answer or otherwise respond to the Complaint is December 30, 2025.

I write to respectfully request an extension of time to answer or otherwise respond to the Complaint on behalf of all City Defendants to January 26, 2026. This is the City Defendants' first request for an extension. The City Defendants seek such extension to accommodate previously planned holiday vacations and additional deadlines. The State Defendants join in the City Defendants' request for an extension to January 26, 2026. Plaintiffs' counsel has indicated that plaintiffs consent to the Defendants' request. This extension of time does not affect any other scheduled dates.

For the foregoing reasons, it is respectfully requested, with the consent of all parties, that the City Defendants' and State Defendants' time to answer or otherwise respond to the Complaint be extended to January 26, 2026.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Leah A. Reiss

Leah A. Reiss
Assistant Corporation Counsel

Cc: Counsel for Plaintiffs (via ECF)
Counsel for Defendants RuthAnne Visnauskas and the State of New York (via email)