**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SMALL PROPERTY OWNERS OF NEW
YORK, INC., et al.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

Civil Case No.
1:25-cv-09425-JPC

---

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS**

---

Please take notice that Suranjan Sen of the Institute for Justice is admitted to practice in the United States District Court for the Southern District of New York, and hereby enters his appearance as counsel of record for Plaintiffs Small Property Owners of New York, Inc., RPN Management Co., Inc., PKM HOME LLC, and 135 W 78TH, LLC. Please direct all future pleadings, notices, and correspondence accordingly.

Dated this 14th day of January 2026.

Respectfully submitted,

/s/ *Suranjan Sen*
Suranjan Sen
SDNY Bar No. 5905575
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
ssen@ij.org

*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE for Suranjan Sen was served via electronic service on all counsel of record.

Date: January 14th, 2026                                        Respectfully submitted,

/s/ *Suranjan Sen*
Suranjan Sen
SDNY Bar No. 5905575
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
ssen@ij.org

*Attorney for Plaintiffs*

2