

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

January 13, 2026

**By ECF**
U.S. District Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Small Property Owners of New York, Inc. v. City of N.Y.*, No. 25 Civ. 9425 (JPC)

Dear Judge Cronan:

    The Office of the New York State Attorney General ("OAG") represents Commissioner Ruthanne Visnauskas of State Division of Housing and Community Renewal ("DHCR") and the State ("State Defendants") in this 42 U.S.C. § 1983 action filed by three property owners and a real estate industry group (collectively, "Plaintiffs"). Pursuant to § 6.A of the Court's Individual Rules and Practices in Civil Cases, OAG writes to respectfully request permission to file its pre-motion letter <u>not to exceed 4 pages</u> by January 26, 2026, thereby enlarging the number of pages allowed from three to four pages. Counsel for the parties consent to this request.

    In their 47-page, 307-paragraph Complaint (ECF No. 1), Plaintiffs challenge the Constitutionality of provisions of New York's Rent Stabilization Law as unconstitutional and seek to enjoin their enforcement. Compl. at 46 (Wherefore Clause, ¶¶a, b). In all, the Complaint asserts four claims, including two varieties of regulatory takings claims. Given State Defendants' multiple jurisdictional, procedural, and substantive grounds to move for dismissal, State Defendants respectfully request that the Court enlarge the page limit for their pre-motion letter from three to four pages.

The request is granted.  Defendants may submit a premotion letter of up to four pages.  The Clerk of Court is respectfully directed to close Dkt. 54.

SO ORDERED
January 19, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/

Shi-Shi Wang
Assistant Attorney General
Tel: (212) 416-8625
Shi-Shi.Wang@ag.ny.gov

cc: All Counsel of Record