# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC., et al., | |
| Plaintiffs, | Case No. 1:25-cv-09425-JPC |
| v. | |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

## STIPULATION REGARDING PROPOSED INTERVENTION

WHEREAS Proposed Intervenors NY Tenants & Neighbors ("T&N") and Community Voices Heard ("CVH") have sought to intervene in this matter pursuant to Fed. R. Civ. P. 24(b);

WHEREAS Defendants The State of New York and RuthAnne Visnauskas consent to the Proposed Intervenors' intervention;

WHEREAS Defendants The City of New York, The New York City Rent Guidelines Board, Doug Apple, Arpit Gupta, Alex Schwartz, Reed Jordan, Alexander Armlovich, Robert Ehrlich, Christina Smyth, Genesis Aquino, and Adán Soltren take no position on the Motion;

WHEREAS Plaintiffs Small Property Owners of New York, Inc., RPN Management Co., Inc., PKM Home LLC, and 135 W 78th, LLC consent to the Proposed Intervenors' participation in this litigation subject to the stipulations set forth herein, without conceding that the Proposed Intervenors are entitled to intervention as a matter of law;

WHEREAS the Proposed Intervenors consent to the stipulations herein notwithstanding their position that they are entitled to intervene as a matter of law;

THEREFORE the Parties stipulate that:

1.     The Proposed Intervenors shall brief dispositive motions according to the same schedule as the named Defendants.

2.     Throughout the litigation, the Proposed Intervenors will not propound any discovery, and Plaintiffs will not seek any discovery against the Proposed Intervenors. This agreement does not affect the Proposed Intervenors' rights to receive and rely upon any discovery material produced or exchanged in the litigation.

3.     Proposed Intervenors shall comply with Rule 26(a)'s disclosure requirements.

Dated:    New York, NY
          January 21, 2026

                                  Respectfully submitted,


  /s/    *William Aronin  (on consent)*        /s/    *Corey Stoughton*
William Aronin                              Faith Gay
Suranjan Sen                               Corey Stoughton
McCarley Maddock                           Babak Ghafarzade
INSTITUTE FOR JUSTICE                      Jeremy Jacobson
901 N. Glebe Road, Suite 900               SELENDY GAY PLLC
Arlington, VA 22203                        1290 Avenue of the Americas
Tel: 703-682-9320                          New York, NY  10104
waronin@ij.org                             Tel: 212-390-9000
ssen@ij.org                                fgay@selendygay.com
mmaddock@ij.org                            cstoughton@selendygay.com
                                           bghafarzade@selendygay.com
                                           jjacobson@selendygay.com
Robert Johnson
INSTITUTE FOR JUSTICE                      *Attorneys for NY Tenants & Neighbors and*
16781 Chagrin Blvd., Suite 256             *Community Voices Heard*
Shaker Heights, OH 44120
Tel: 703-682-9320
rjohnson@ij.org

*Attorneys for Plaintiffs*

| | |
|---|---|
| /s/    *Rachel Moston (on consent)* | /s/    *Shi-Shi Wang (on consent)* |

Rachel Moston
Leah Reiss
NEW YORK CITY LAW
DEPARTMENT
100 Church St.,
New York, NY 1007
212-356-2116
rmoston@law.nyc.gov
lreiss@law.nyc.gov

*Attorneys for Defendants The City of New York, The New York City Rent Guidelines Board, Doug Apple, Genesis Aquino, Alexander Armlovich, Robert Ehrlich, Arpit Gupta, Reed Jordan, Alex Schwartz, Christina Smyth, and Adán Soltren*

Shi-Shi Wang
Michael Berg
NEW YORK OFFICE OF THE ATTORNEY
GENERAL
28 Liberty St.
New York, NY 10005
212-416-8625
Shi-Shi.Wang@ag.ny.gov
Michael.Berg@ag.ny.gov

*Attorneys for Defendants The State of New York and RuthAnne Visnauskas*