

INSTITUTE FOR JUSTICE

January 29, 2026

BY ECF & EMAIL
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    *Small Property Owners of New York, Inc. et al. v. City of New York et al.*
              No. 1:25-cv-09425-JPC; Response to Proposed Intervenors' Pre-Motion Letter

Dear Judge Cronan:

      Pursuant to the Court's Individual Rules, please accept this as Plaintiffs' response to NY Tenants & Neighbors and Community Voices Heard's ("Proposed Intervenors") pre-motion letter on intervention. As stated in their letter, Plaintiffs consent to intervention with the understanding that Proposed Intervenors will not propound discovery and will brief dispositive motions on the same schedule as Defendants. Plaintiffs will also not seek discovery from Proposed Intervenors other than what is required under Fed. R. Civ. P. 26(a). Plaintiffs would, however, oppose intervention without those limitations.

                                                  Respectfully submitted,

                                                  /s/ William Aronin
                                              William Aronin
                                              Suranjan Sen
                                              McCarley Maddock*
                                              INSTITUTE FOR JUSTICE
                                              901 North Glebe Road, Suite 900
                                              Arlington, VA 22203
                                              Tel: (703) 682-9320
                                              Fax: (703) 682-9321
                                              Email: waronin@ij.org
                                                       ssen@ij.org
                                                       mmaddock@ij.org

Robert Johnson*
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rjohnson@ij.org

 * Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Small Property Owners of New York, Inc., RPN Management Co., Inc., PKM Home LLC, and 135 W 78th, LLC*