```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
```

SMALL PROPERTY OWNERS OF NEW YORK, INC.;
RPN MANAGEMENT CO., INC.; PKM HOME LLC;
AND 135 W 78TH, LLC,

**NOTICE OF APPEARANCE**

25-cv-09425

           Plaintiffs,

-against-

THE CITY OF NEW YORK; THE NEW YORK CITY
RENT GUIDELINES BOARD; RUTHANNE
VISNAUSKAS, in her official capacity as Commissioner
of the New York State Division of Housing and
Community Renewal; THE STATE OF NEW YORK;
DOUG APPLE, in his official capacity as chair and
member of the New York City Rent Guidelines Board;
ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN,
ALEXANDER ARMLOVICH, ROBERT EHRLICH,
CHRISTINA SMYTH, GENESIS AQUINO, AND ADÁN
SOLTREN, in their official capacities as members of the
New York City Rent Guidelines Board,

           Defendant(s).

```
------------------------------------------------------------------------ x
```

**TO THE CLERK OF THE COURT:**

   **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Rachel K. Moston, appears as counsel for Defendants the City of New York; the New York City Rent Guidelines Board; Doug Apple, in his official capacity as chair and member of the RGB; and Arpit Gupta, Alex Schwartz, Reed Jordan, Alexander Armlovich, Robert Ehrlich, Christina Smyth, Genesis Aquino, and Adán Soltren, in their official capacities as members of the RGB (collectively, "City Defendants"), and requests receipt of notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       January 30, 2026

                                      MURIEL GOODE-TRUFANT
                                      Corporation Counsel of
                                      the City of New York
                                      Attorney for City Defendants
                                      100 Church Street
                                      New York, New York 10007
                                      Email: rmoston@law.nyc.gov
                                      Tel: (212) 356-2190
                                      Fax: (212) 356-2019


                         By:     */s/ Rachel K. Moston*
                                      _____
                                      Rachel K. Moston
                                      Assistant Corporation Counsel


Cc:    Counsel for Plaintiffs (via ECF)
        Counsel for Defendants Ruthanne Visnauskas and the State of New York (via email)