UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC.; RPN MANAGEMENT CO., INC.; PKM HOME LLC; and 135 W 78TH, LLC,<br><br>                    Plaintiffs,<br>          -against-<br><br>THE CITY OF NEW YORK; THE NEW YORK CITY RENT GUIDELINES BOARD; RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal; THE STATE OF NEW YORK; DOUG APPLE, in his official capacity as chair and member of the New York City Rent Guidelines Board; ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN, ALEXANDER ARMLOVICH, ROBERT EHRLICH, CHRISTINA SMYTH, GENESIS AQUINO, and ADÁN SOLTREN, in their official capacities as members of the New York City Rent Guidelines Board,<br><br>                    Defendants. | No. 25 Civ. 9425 (JPC) (SDA)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Assistant Attorney General Michael A. Berg, of the Office of New York State Attorney General Letitia James, appears in this action on behalf of RuthAnne Visnauskas, sued in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal, and the State of New York ("State Defendants"). This appearance is without prejudice to State Defendants' right to assert any and all applicable defenses.

I certify that I am admitted to practice law in the United States District Court for the Southern District of New York.

Dated: New York, New York
       February 2, 2026

                                      LETITIA JAMES
                                      Attorney General
                                      State of New York
                                      By:

                                      */s/ Michael A. Berg*
                                      MICHAEL A. BERG
                                      Assistant Attorney General
                                      28 Liberty Street
                                      New York, NY 10005
                                      (212) 416-8651
                                      michael.berg@ag.ny.gov