UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC.; RPN MANAGEMENT CO., INC; PKM HOME LLC; and 135 W 78TH, LLC,<br><br>          Plaintiffs,<br><br>      -against-<br><br>THE CITY OF NEW YORK; THE NEW YORK CITY RENT GUIDELINES BOARD; RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal; THE STATE OF NEW YORK; DOUG APPLE, in his official capacity as chair and member of the New York City Rent Guidelines Board; ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN, ALEXANDER ARMLOVICH, ROBERT EHRLICH, CHRISTINA SMYTH, GENESIS AQUINO, and ADÁN SOLTREN, in their official capacities as members of the New York City Rent Guidelines Board,<br><br>          Defendants. | Case No. 1:25-cv-009425-JPC |

## NOTICE OF APPEARANCE

     **PLEASE TAKE NOTICE** that Corey Stoughton of Selendy Gay PLLC, with offices located at 1290 Avenue of the Americas, 20th Floor, New York, New York 10104, hereby appears on behalf of Intervenors NY Tenants & Neighbors and Community Voices Heard in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.


Dated:   New York, NY                         SELENDY GAY PLLC
         February 5, 2026


                          By:    /s/            *Corey Stoughton*
                                 Corey Stoughton
                                 1290 Avenue of the Americas
                                 New York, NY 10104
                                 Tel: 212-390-9000
                                 cstoughton@selendygay.com

                                 *Attorneys for Intervenors NY Tenants &*
                                 *Neighbors and Community Voices Heard*

2