

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

February 26, 2026

**By ECF**

U.S. District Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Small Property Owners of New York, Inc. v. City of N.Y.*, No. 25 Civ. 9425 (JPC)

Dear Judge Cronan:

This Office represents Commissioner RuthAnne Visnauskas of the State Division of Housing and Community Renewal and the State of New York in the above-referenced action. We write on behalf of all parties to respectfully request permission to exceed the word count limits governing the length of memoranda of law under Local Civil Rule 7.1(c) and pursuant to § 2.B of the Court's Individual Rules and Practices in Civil Cases with respect to the State, City, and Intervenors ("Defendants") motions to dismiss, as follows:

- Defendants' opening briefs, due on March 18, 2026, shall not exceed 10,500 words, which exceeds the 8,750 word limit in Local Rule 7.1(c);
- Plaintiffs' consolidated opposition brief, due on May 1, 2026, shall not exceed 21,000 words, which exceeds the Rule's 8,750 word limit; and
- Defendants' reply briefs, due on May 22, 2026, shall not exceed 4,200 words, which exceeds the Rule's 3,500 word limit.

Given the importance of rent stabilization in New York State, the number and complexity of the claims asserted in the Complaint, and the extent of Plaintiffs' allegations, the parties have met and conferred and respectfully request that the Court grant permission for the parties to exceed the word count limit for the opening, opposition, and reply briefs as indicated above.

The request is granted.    The Clerk of Court is respectfully directed to close Dkt. 70.

SO ORDERED
February 27, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/
Shi-Shi Wang
Assistant Attorney General
Tel: (212) 416-8625
Shi-Shi.Wang@ag.ny.gov

cc: All Counsel of Record