UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC.; RPN MANAGEMENT CO., INC.; PKM HOME LLC; and 135 W 78TH, LLC,<br><br>       Plaintiffs,<br>  -against-<br><br>THE CITY OF NEW YORK; THE NEW YORK CITY RENT GUIDELINES BOARD; RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal; THE STATE OF NEW YORK; DOUG APPLE, in his official capacity as chair and member of the New York City Rent Guidelines Board; ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN, ALEXANDER ARMLOVICH, ROBERT EHRLICH, CHRISTINA SMYTH, GENESIS AQUINO, and ADÁN SOLTREN, in their official capacities as members of the New York City Rent Guidelines Board,<br><br>       Defendants. | No. 25 Civ. 9425 (JPC) (SDA) |

## NOTICE OF STATE DEFENDANTS' MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated

March 18, 2026, Defendants the State of New York and Commissioner RuthAnne Visnauskas of

the New York State Division of Housing and Community Renewal (collectively, "State

Defendants"), will move this Court, before the Honorable John P. Cronan, in Courtroom 12D of

the Courthouse located at 500 Pearl Street, New York, NY 10007-1312, at a date and time to be

determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal

Rules of Civil Procedure, dismissing, with prejudice, the Complaint filed in this action by

Plaintiffs Small Property Owners of New York, Inc., RPN Management Co., Inc., PKM Home

LLC, and 135 W. 78th, LLC on November 12, 2025 (ECF No. 1), for lack of subject matter

jurisdiction and failure to state a claim on which relief can be granted, and for such other relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated February 3, 2026 (ECF No. 66), opposition papers are due no later than May 1, 2026, and reply papers are due no later than May 22, 2026.

Dated: New York, New York
       March 18, 2026

LETITIA JAMES
Attorney General
State of New York
*Attorney for State Defendants*

By: *Michael A. Berg*

Michael A. Berg
Shi-Shi Wang
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-8651/8625
michael.berg@ag.ny.gov
shi-shi.wang@ag.ny.gov