UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

SMALL PROPERTY OWNERS OF NEW YORK, INC.;
RPN MANAGEMENT CO., INC.; PKM HOME LLC; and
135 W 78TH, LLC,

          Plaintiffs,

    -against-

THE CITY OF NEW YORK; THE NEW YORK CITY
RENT GUIDELINES BOARD; RUTHANNE
VISNAUSKAS, in her official capacity as Commissioner
of the New York State Division of Housing and
Community Renewal; THE STATE OF NEW YORK;
DOUG APPLE, in his official capacity as chair and
member of the New York City Rent Guidelines Board;
ARPIT GUPTA, ALEX SCHWARTZ, REED JORDAN,
ALEXANDER ARMLOVICH, ROBERT EHRLICH,
CHRISTINA SMYTH, GENESIS AQUINO, AND ADÁN
SOLTREN, in their official capacities as members of the
New York City Rent Guidelines Board,

          Defendants.
------------------------------------------------------------------------------- x

**NOTICE OF MOTION**

25-CV-9425 (JPC)

   **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in support of Defendants The City of New York, The New York City Rent Guidelines Board ("RGB"), Doug Apple, in his official capacity as Chair and member of the RGB, and Arpit Gupta, Alex Schwartz, Reed Jordan, Alexander Armlovich, Robert Ehrlich, Christina Smyth, Genesis Aquino, and Adán Soltren, in their official capacities as members of the RGB (collectively, "City Defendants'") Motion to Dismiss, dated March 18, 2026, and all prior papers and proceedings herein, the undersigned will move this Court, before the Honorable John P. Cronan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order, pursuant to Rules 12(b)(1) & 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), granting City

Defendants' motion to dismiss the Complaint in its entirety, and granting such other and further relief as the Court may deem just and proper.[1]

        **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's February 3, 2026 Order, Plaintiffs must serve any opposition papers by May 1, 2026, and Defendants must serve any reply papers by May 22, 2026.

Dated: New York, New York
       March 18, 2026

                           STEVEN BANKS
                           Corporation Counsel of the
                           City of New York
                           Attorney for City Defendants
                           100 Church Street
                           New York, New York 10007
                           (212) 356-2190

                           */s/ Rachel K. Moston*
                           */s/ Leah A. Reiss*

                           _____
                           Rachel K. Moston
                           Leah A. Reiss
                           Assistant Corporation Counsels

TO:    All parties by ECF

---

[1] The current members of the RBG – Chantella Mitchell (Chair and member), Arpit Gupta, Lauren Melodia, Brandon Mancilla, Sina Sinai, Maksim Wynn, Christina Smyth, Sagar Sharma, and Adán Soltren – are automatically substituted for the former RGB Chair and members named in the instant action pursuant to FRCP 25(d).