UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC. *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE CITY OF NEW YORK *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-09425-JPC |

## NOTICE OF MOTION

Intervenors NY Tenants & Neighbors and Community Voices Heard, by and through their undersigned counsel, hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the complaint for failure to state a claim.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated:  New York, NY
       March 18, 2026

Respectfully submitted,

SELENDY GAY PLLC

By:     /s/         *Corey Stoughton*

THE LEGAL AID SOCIETY

Judith Goldiner, *Attorney in Charge, Civil Law Reform Unit*
Edward Josephson, *Director, Civil Law Reform Unit*
Pavita Krishnaswamy, *Supervising Attorney*
Ellen Davidson, *Staff Attorney*
49 Thomas Street, 5th Floor
New York, NY 10013
Phone: (212) 298-5221
jgoldiner@legal-aid.org
ejosephson@legal-aid.org
pkrishnaswamy@legal-aid.org
ebdavidson@legal-aid.org

Faith E. Gay
Corey Stoughton
Babak Ghafarzade
1290 Avenue of the Americas
New York, NY  10104
Phone: (212) 390-9000
fgay@selendygay.com
cstoughton@selendygay.com
bghafarzade@selendygay.com

*Attorneys for Intervenors NY Tenants & Neighbors and Community Voices Heard*