**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC., et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>          Defendants. | Case No. 1:25-cv-009425-JPC |

## NOTICE OF APPEARANCE OF WILLIAM E. EVANS

**PLEASE TAKE NOTICE** that William E. Evans, an attorney with the law firm of Goodwin Procter LLP, duly admitted to the Bar of this Court, hereby appears as counsel for the Chamber of Commerce of the United States of America in the above-captioned action.

Dated: April 29, 2026

*/s/ William E. Evans*
William E. Evans (5664594)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
*WEvans@goodwinlaw.com*

*Counsel for the Chamber of Commerce of the United States of America*