**UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SMALL PROPERTY OWNERS OF NEW
YORK, INC., et al.,

        Plaintiffs,

    v.

CITY OF NEW YORK, et al.,

        Defendants.

Case No. 1: 25-CV-9425-JPC

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the Chamber of Commerce of the United States of America states that it does not have any parent corporations, nor does any publicly held corporation own 10% or more of its stock.

Dated: April 29, 2026

    */s/William E. Evans*
    William E. Evans (5664594)
    GOODWIN PROCTER LLP
    100 Northern Avenue
    Boston, MA 02210
    Tel.: 617.570.1000
    Fax: 617.523.1231
    *WEvans@goodwinlaw.com*

    *Counsel for the Chamber of*
    *Commerce of the United States of*
    *America*