

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 1, 2026

**By ECF**
U.S. District Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *Small Property Owners of New York, Inc. v. City of N.Y.*, No. 25 Civ. 9425 (JPC)

Dear Judge Cronan:

      The Office of the New York State Attorney General represents the State of New York and Commissioner RuthAnne Visnauskas of the State Division of Housing and Community Renewal ("State Defendants") in this action. Pursuant to Section 3(B) of the Court's Individual Rules and Practices in Civil Cases, we write to respectfully request an extension of time to respond to the anticipated motion of the U.S. Chamber of Commerce (the "Chamber") for leave to file an *amicus curiae* brief in opposition to the defendants' motions to dismiss. *See* Memo Endorsement, Apr. 30, 2026 (ECF No. 82 at 3). Specifically, we request an extension of the date to oppose or otherwise respond to the Chamber's motion from May 15 to June 5, 2026. The City Defendants join in the State Defendants' request for an extension to June 5, 2026 to respond to the Chamber's motion.

      This is the first request for an extension of time to respond to the Chamber's motion. The requested extension will not affect any other dates or deadlines in this litigation. Counsel for all parties and the Chamber do not object to the extension.

      State Defendants moved to dismiss the Complaint on March 18, 2026. *See* ECF Nos. 72-73. Pursuant to a briefing schedule proposed by the parties and adopted by the Court (ECF No. 66), Plaintiffs are due to file their opposition brief by May 1, 2026, and State Defendants' reply brief is due May 22, 2026. The schedule issued by the Court in response to the Chamber's pre-motion letter, filed April 28, 2026 (ECF No. 81, at 3), would require State Defendants to brief the Chamber's motion for leave to file an *amicus* brief simultaneously with their substantive reply in support of their motion to dismiss. That would prejudice State Defendants, especially as, on the consent of all parties, the Court authorized Plaintiffs to file an oversized brief of 21,000 words – almost 2½ times the usual 8,750-word limit. *See* ECF No. 71. In addition, the Chamber's motion raises ancillary issues, subject to distinct legal standards and based on facts unrelated to the allegations at issue on the motions to dismiss. The requested extension is necessary so that State Defendants can effectively and comprehensively address the issues raised by the two distinct motions.

Hon. John P. Cronan                                                          Page 2 of 2
May 1, 2026

       Thus, we request that the Court extend the State and City Defendants' time to respond to the Chamber's motion from May 15, 2026 to June 5, 2026.

                                 Respectfully submitted,

                                 *Shi-Shi Wang*
                                 Assistant Attorney General

cc: All Counsel of Record