**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF NEW YORK *et al.*, <br><br> Defendants. | Case No. 1:25-cv-09425-JPC <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Alexander V. Maugeri of Jones Day appears in this action as counsel for *Amici Curiae* the National Association of Realtors (NAR), New York State Association of Realtors (NYSAR), National Apartment Association (NAA), National Association of Home Builders (NAHB), and National Multifamily Housing Council (NMHC).

I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

May 1, 2026

Respectfully submitted,

/s/ *Alexander V. Maugeri*
Alexander V. Maugeri
Bar No. AM0589
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
amaugeri@jonesday.com