**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK *et al.*,<br><br>Defendants. | Case No. 1:25-cv-09425-JPC<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that Movants the National Association of Realtors (NAR), New York State Association of Realtors (NYSAR), National Apartment Association (NAA), National Association of Home Builders (NAHB), and National Multifamily Housing Council (NMHC) respectfully request leave to file the accompanying brief as *amici curiae* in support of Plaintiffs' opposition to the motions to dismiss. For the reasons set forth in the attached memorandum of law, the motion for leave should be granted.

Plaintiffs consent to the filing of the *amicus* brief. City Defendants do not take a position on the motion for leave to file, but reserve all rights with respect to responding to the proposed *amicus* brief. Intervenor Defendants consent to a motion for leave to file, reserving all rights with respect to responding to the proposed *amicus* brief. State Defendants do not consent to the submission of *amicus* briefs at this time and reserve the right to oppose the request.

1

May 1, 2026                                          Respectfully submitted,

                                                    /s/  *Alexander V. Maugeri*
                                                    Alexander V. Maugeri
                                                    Bar No. AM0589
                                                    JONES DAY
                                                    250 Vesey Street
                                                    New York, NY 10281
                                                    (212) 326-3939
                                                    amaugeri@jonesday.com