**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK *et al.*,<br><br>Defendants. | Case No. 1:25-cv-09425-JPC<br><br>**MEMORANDUM OF LAW IN SUP-PORT OF MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*** |

The National Association of Realtors (NAR), New York State Association of Realtors (NYSAR), National Apartment Association (NAA), National Association of Home Builders (NAHB), and National Multifamily Housing Council (NMHC) respect-fully move for leave to file the accompanying brief *amicus curiae* in support of Plain-tiffs' opposition to the motions to dismiss.

Movants are national and state trade organizations, representing thousands of members engaged in the real estate industry across the United States, including New York City. Movants are interested in this case because New York's Rent Stabili-zation Law denies many of the City's rental-property owners—including some of Mo-vants' members—all economically beneficial use of their own property. The Law also harms other real estate professionals by extension. Movants share an interest in pro-tecting and promoting private property rights for the benefit of their members and the real-estate industry generally. The experience of Movants and their members makes them uniquely situated to provide insight into the legal questions in this case.

*Amicus* briefs should be permitted when they "may be useful to the Court's consideration of th[e] case." *New York v. Nat'l Sci. Found.*, 2025 WL 1793858, at \*6 (S.D.N.Y. June 30, 2025) (Cronan, J.). That includes "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Lehman XS Tr., Series 2006-GP2 v. Greenpoint Mortg. Funding, Inc.*, 2014 WL 265784, at \*2 (S.D.N.Y. Jan. 23, 2014) (citation omitted). *Amici* may offer "information" that is "timely and useful" to the Court. *In re Terrorist Attacks on Sept. 11, 2001*, 2022 WL 17326181, at \*1 (S.D.N.Y. Nov. 29, 2022) (citation omitted). Seeking the advice of *amici* "is the right of the court … because it is for the public interest that … judges shall be well informed in matters of public concern." *The Claveresk*, 264 F. 276, 278 (2d Cir. 1920).

Movants regularly participate as *amici curiae* in cases involving real estate, as well as private property rights more generally.  And district courts, including within this District—have allowed Movants to participate as *amici curiae* in cases implicating their missions. *See, e.g.*, *Office of Comptroller of Currency v. Spitzer*, 396 F. Supp. 2d 383, 387 n.2 (S.D.N.Y. 2005) (NAR & NYSAR); *see also Yim v. City of Seattle*, 2018 WL 6650794, at \*1-2 (W.D. Wash. Dec. 19, 2018) (NAA); *Birdwell v. AvalonBay Cmtys., Inc.*, 742 F. Supp. 3d 1024, 1036 (N.D. Cal. 2024) (same); *Garrett v. City of Escondido*, 465 F. Supp. 2d 1043, 1048 (S.D. Cal. 2006) (same); *Tex. Sav. & Cmty. Bankers Ass'n v. Fed. Hous. Fin. Bd.*, 1998 WL 842181, at \*1 (W.D. Tex. 1998) (NAHB); *State v. U.S. Bureau of Land Mgmt.*, 277 F. Supp. 3d 1106, 1114 (N.D. Cal. 2017) (same).

For the foregoing reasons, Movants respectfully request leave to file an *amicus* brief in the above-captioned action.

May 1, 2026                                      Respectfully submitted,

                                                /s/ *Alexander V. Maugeri*
                                                Alexander V. Maugeri
                                                Bar No. AM0589
                                                JONES DAY
                                                250 Vesey Street
                                                New York, NY 10281
                                                (212) 326-3939
                                                amaugeri@jonesday.com

                                                *Counsel for Movants*