**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SMALL PROPERTY OWNERS OF NEW YORK, INC. *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE CITY OF NEW YORK *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-09425-JPC<br><br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brinton Lucas (Gerald Brinton Lucas) hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for *Amici Curiae* the National Association of Realtors, and New York State Association of Realtors, National Apartment Association, National Association of Home Builders, and National Multifamily Housing Council in the above-captioned action.

I am in good standing of the bars of the State of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

May 1, 2026

Respectfully submitted,

*/s/ Brinton Lucas*
Brinton Lucas
JONES DAY
51 Louisiana Ave NW
Washington, DC  20001
(202) 879-3939
blucas@jonesday.com