**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SMALL PROPERTY OWNERS OF NEW
YORK, INC. *et al.*,

    Plaintiffs,

     v.

THE CITY OF NEW YORK *et al.*,

    Defendants.

Case No. 1:25-cv-09425-JPC

**AFFIDAVIT SUPPORTING
ADMISSION PRO HAC VICE**

In accordance with Rule 1.3(k) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, I, Brinton Lucas (Gerald Brinton Lucas),

state:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or
   readmission by any court.

3. There are no disciplinary proceedings presently against me.

   I declare under penalty of perjury that the foregoing is true and correct.

April 30 , 2026

          Respectfully submitted,

          Brinton Lucas
          JONES DAY
          51 Louisiana Ave NW
          Washington, DC  20001
          (202) 879-3939
          blucas@jonesday.com

Subscribed and sworn before me this 30th day of April , 2026 by

Brinton Lucas

Applicant's Name

Kathy Robinson

Notary Public

My commission expires: May 14, 2027 .

