# Exhibit A

Case 1:25-cv-09425-JPC    Document 87-2    Filed 05/01/26    Page 2 of 3

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **GERALD BRINTON LUCAS** IS AN ACTIVE MEMBER OF THE

VIRGINIA STATE BAR IN GOOD STANDING.  **GERALD BRINTON LUCAS** WAS LICENSED TO

PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2012**, AFTER SUCCESSFULLY PASSING THE BAR

EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 29, 2026

DaVida M. Davis
**Director of Regulatory Compliance**



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Gerald Brinton Lucas

*was duly qualified and admitted on July 12, 2013 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 29, 2026.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*