**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SMALL PROPERTY OWNERS OF NEW YORK,
INC. *et al.*,

Plaintiffs,

v.

THE CITY OF NEW YORK *et al.*,

Defendants.

Case No. 1:25-cv-09425-JPC

_____

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**
_____

The motion of Brinton Lucas (Gerald Brinton Lucas), for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Virginia and the District of Columbia, and that his contact information is as follows:

> Brinton Lucas
> JONES DAY
> 51 Louisiana Ave NW
> Washington, DC  20001
> (202) 879-3939
> blucas@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for *Amici Curiae* the National Association of Realtors, New York State Association of Realtors, National Apartment Association, National Association of Home Builders, and National Multifamily Housing Council in the above-captioned case;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                       _____
                                        Hon. John P. Cronan
                                        United States District Judge