

INSTITUTE FOR JUSTICE

May 1, 2026

**BY CM/ECF & EMAIL**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    *Small Property Owners of New York, Inc. et al. v. City of New York et al.*
            Case No. 1:25-cv-09425-JPC

Dear Judge Cronon:

    Pursuant to Honorable Judge John P. Cronan's Individual Rules and Practices in Civil Cases Rule 6(C), Plaintiffs in the above-captioned matter request oral argument in conjunction with their Opposition to Defendants' Motions to Dismiss. Plaintiffs submit that oral argument will assist this Court in addressing those motions.

                Respectfully submitted,

                /s/ Suranjan Sen
                Suranjan Sen
                William Aronin
                McCarley Maddock*
                INSTITUTE FOR JUSTICE
                901 North Glebe Road, Suite 900
                Arlington, VA 22203
                Tel: (703) 682-9320
                Fax: (703) 682-9321
                Email:  ssen@ij.org
                      waronin@ij.org
                      mmaddock@ij.org

                Robert Johnson*
                INSTITUTE FOR JUSTICE
                16781 Chagrin Blvd., Suite 256
                Shaker Heights, OH 44120
                Tel: (703) 682-9320
                Fax: (703) 682-9321

Email: rjohnson@ij.org


\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Small
Property Owners of New York,
Inc., RPN Management Co., Inc.,
PKM Home LLC, and 135 W 78th,
LLC*


cc:    All Counsel of Record