

**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LEAH A. REISS**
Tel: (212) 356-2116
e-mail: lreiss@law.nyc.gov

May 20, 2026

<u>BY ECF & EMAIL</u>
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:    <u>Small Property Owners of New York, Inc. et al. v. City of New York et al.</u>,
             Docket No. 25-cv-9425 (JPC)

Dear Judge Cronan,

      I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, counsel for Defendants the City of New York (the "City"); the New York City Rent Guidelines Board ("RGB"); Chantella Mitchell, in her official capacity as chair and member of the RGB, Arpit Gupta, Lauren Melodia, Brandon Mancilla, Sina Sinai, Maksim Wynn, Christina Smyth, Sagar Sharma, and Adán Soltren, in their official capacities as members of the RGB (collectively, "City Defendants").[1] I write pursuant to Local Civil Rule 7.1(c) and § 2.B of the Court's Individual Rules and Practices in Civil Cases to respectfully request permission to exceed the current 4,200-word count limit for City Defendants' reply brief in further support of their Motion to Dismiss the Complaint, set by the Court's February 27, 2026 order (ECF Dkt. No. 71).

      City Defendants request an increase in word count to 4,800 words, which is an additional 600 words. This increase will align City Defendants' reply brief with the increased word count for the State Defendants' and Intervenor Defendants' respective reply briefs, as approved by the Court's May 20, 2026 order (ECF Dkt. No. 101). Plaintiffs do not oppose, and

---

[1] The current members of the RBG are automatically substituted for the former RGB Chair and members named in the instant action pursuant to FRCP 25(d).

the State Defendants and Intervenor Defendants consent to the request.  The increased word count is needed for a full and complete response to Plaintiff's opposition brief (ECF Dkt. No. 77), which contains 20,971 words.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Leah A. Reiss

Leah A. Reiss
Assistant Corporation Counsel

Cc:    All counsel of record (via ECF)