

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 3, 2026

**By ECF**
U.S. District Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED
June 8, 2026

JOHN P. CRONAN
United States District Judge

Re:    *Small Property Owners of New York, Inc. v. City of N.Y.*, No. 25 Civ. 9425 (JPC)

Dear Judge Cronan:

The Office of the New York State Attorney General ("OAG") represents the State and Commissioner Ruthanne Visnauskas of the Division of Housing and Community Renewal ("State Defendants") in this action. We write to advise the Court that State Defendants take no position on the two pending motions for leave to file amicus curiae briefs in opposition to the defendants' pending motions to dismiss.[1] *See* Order, May 7, 2026 (ECF No. 92) (extending defendants' time to oppose the motions for leave to file amicus briefs to June 5, 2026).

If the Court grants the motions for leave to file amicus briefs, State Defendants respectfully request the opportunity to file a responsive brief within 21 days after the Court's order, an extension of seven days. *See* Local Rule 6.1(b). By emails on June 1, 2026, counsel for the City Defendants joined in this request, and counsel for Plaintiffs and the proposed amici stated that they do not oppose it. There has been no prior request for an extension of time to respond to the amicus briefs, and the requested time will not affect any other dates or deadlines in this case.

We appreciate the Court's continued attention to this litigation.

On May 7, 2026, the Court ordered Defendants to submit by June 5, 2026, any oppositions to the National Association of Realtors, New York State Association of Realtors, National Apartment Association, National Association of Home Builders, and National Multifamily Housing Council's joint motion for leave to participate and the Chamber of Commerce of the United States of America and Business Council of New York State, Inc.'s joint motion for leave to participate. Dkt. 92. That deadline has now passed and Defendants have not submitted any oppositions.

In light of the fact that no party has objected, and because amici's perspectives may be useful to the Court's consideration of this case, the requests to file amicus briefs are granted. *See Picard v. Greiff*, 797 F. Supp. 2d 451, 452 (S.D.N.Y. 2011) ("[A] district court has broad discretion to grant or deny an appearance as amicus curiae in a given case."); *United States v. Adams*, 348 F.R.D. 408, 409 (S.D.N.Y. 2025) (characterizing the appointment of amicus curiae as an exercise of the court's "inherent authority").

Defendants' deadline to respond to the amicus briefs is extended until June 29, 2026. The Clerk of Court is respectfully directed to close Docket Numbers 85, 95, and 107.

Respectfully submitted,

*Michael A. Berg*
Michael A. Berg
Assistant Attorney General

cc: All Counsel

---

[1] Proposed amici are the National Association of Realtors, New York State Association of Realtors, National Apartment Association, National Association of Home Builders, and National Multifamily Housing Council (ECF Nos. 85-86) and the Chamber of Commerce of the United States of America and the Business Council of New York State, Inc. (ECF No. 95).