

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 22, 2026

**By ECF**
Hon. Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Small Property Owners of New York, Inc. v. City of N.Y.*, No. 25 Civ. 9425 (JPC)

Dear Judge Cronan:

  The Office of the New York State Attorney General ("OAG") represents Commissioner RuthAnne Visnauskas of the Division of Housing and Community Renewal ("DHCR") and the State in this action. We write in response to Plaintiffs' letter motion, dated June 18, 2026 (ECF No 109), asking the Court to take judicial notice of DHCR's administrative order granting a hardship rent increase to Plaintiff 135 W 78TH, LLC (the "Hardship Order").

  State Defendants agree that judicial notice is appropriate and respectfully request that the Court take judicial notice of the complete and unredacted Hardship Order attached to this letter as Exhibit 1. Plaintiffs neither sought leave to file a redacted version of the document nor explained why they did so.

  State Defendants did not consent to Plaintiffs' proposal for supplemental briefing concerning the Hardship Order. Having reviewed Plaintiff's letter, we do not oppose their request that the Court accept the letter as their motion, but reserve all rights to dispute Plaintiffs' characterization of the meaning and impact of the Hardship Order.

  We appreciate the Court's continued attention to this litigation.

         Respectfully submitted,

         *Michael A. Berg*
         Assistant Attorney General

Enclosure

cc: All Counsel of Record