# Exhibit 1



| | | Docket Number: |
|---|---|---|
| | **New York State Division of Housing and Community Renewal**<br>**Office of Rent Administration**<br>Gertz Plaza 92-31 Union Hall St.<br>Jamaica, NY 11433<br>Web Site: www.hcr.ny.gov | **NO410001-OH** |

### ORDER PURSUANT TO OWNER'S REQUEST FOR RENT INCREASE
### BASED ON ALTERNATIVE HARDSHIP

| Mailing Address of Tenant: | Mailing Address of Owner/Owner's Rep: |
|---|---|
| See list attached<br>**135 WEST 78TH STREET**<br>**NEW YORK, NY 10024** | **135 WEST 78TH, LLC**<br>**c/o Ilan Rabinovitch**<br>**135 W 78th Street, Apt # 1A**<br>**New York, NY 10024** |

| Subject Building:<br>(Number and Street)<br>135 West 78Th Street | (Apt. No.)<br>3A & 3B | (Municipality)<br>New York, NY 10024 |
|---|---|---|

**APPLICABLE STATUTE OR REGULATIONS:**

Section 26-511 (6-a) of the Rent Stabilization Law
Section 2522.4 (d) of the Rent Stabilization Code

**FACTS:**
On March 31, 2025, the owner applied for a building-wide rent increase totaling $152,103.88 (per owner's amended application submitted on 10/27/2025) for the calendar year of 2024 based upon the Alternative Hardship provision of Chapter 403 of the Laws of 1983.

In the application, the owner alleges that the standard guidelines rent adjustments are insufficient to enable their property to maintain a gross income level which exceeds allowable operating expenses by an amount equal to at least five percent (5%) of such income.

The parties affected were notified and afforded an opportunity to answer.

No tenant responded to the application.

**DETERMINATION:**

After consideration and review of all supporting documentation submitted, and pursuant to the applicable provisions of the Regulations or Statute set forth above, the Rent Administrator determines that:

The owner is entitled to a building-wide maximum increase totaling $13,086.64 based on the Alternative Hardship Application.

Review of the evidence submitted resulted in the following findings:

(a) Gross Rental Income for the Test Year increased by $13,948.94, from $133,258.90 (per owner's amended application submitted on 10/27/2025) to $147,207.84.

| | |
|---|---|
| Rent Stabilized Income: | $ 29,897.30 |
| Fair Market Income: | $ 72,000.00 |
| Imputed Rental Income: | $ 42,982.92* |
| Long Term Vacancies: | $  2,327.62 |
| Total = | $ 147,207.84 |

*Imputed Rental Income was calculated using the following methodology: Taking the average of the highest Monthly Rent during the Test Year (APT #4 - $6,000.00) and lowest Monthly Rent during the Test Year (APT #3A - $1,163.81)
Monthly Rent of APT #4 ($6,000.00) + Monthly Rent of APT #3A ($1,163.81) = $7,163.81, divided by 2= $3,581.91 (Monthly Imputed Rent).

*The Monthly Imputed Rent is then multiplied by the number of months the owner lived in the building during the Test Year.*
*$3,581.91 X 12 months = $42,982.92 (Yearly Imputed Rent).*

(b) Annual Operating Expenses decreased by $118,814.88, from $271,094.64 (per owner's amended application submitted on 10/27/2025) to $152,279.76.

RTP-45D Alternative Hardship Rent Increase Application Part III Substantiating Information: Line Item B12: Insurance increased by $5,634.92, from $7,123.78, to $12,758.70.

RTP-45D Alternative Hardship Rent Increase Application Part III Substantiating Information: Line Item B15: Mortgage Interest decreased by $124,449.80, from $124,449.80 to $0.00. (Mortgage was for refinance of building)[1]

All other expenses provided by the owner were validated by the owner's Amended Application submitted on 10/27/2025.

(c) Total building-wide Monthly Alternative Hardship Rent Increase Adjustment allowable is $1,090.55 in the legal regulated rents in effect at the time of completion of the filing of the application.

**The rent increase hereby granted $90.88 per room, per month affecting the Rent Stabilized units of the subject building is effective as of 09/01/2025, which is the first of the month following thirty (30) days from the date on which the tenants were notified.**

## COMPUTATION OF ALTERNATIVE HARDSHIP PERMANENT RENT INCREASE:

| | |
|---|---|
| **Adjusted Total Operating Expenses** | **$ 152,279.76** |
| **Divide above by (0.95) or 95%** | -:- 0.95 |
| **Maximum Allowable Income** | **$ 160,294.48** |
| **Less: Total Gross Income** | **$ 147,207.84** |
| **Total Alternative Hardship Rent Increase** | **$ 13,086.64** |
| **Divide above by twelve (12) months** | -:- 12 |
| **Total Monthly Alternative Hardship Rent Increase** | **$ 1,090.55** |
| **Divide above by the total number of rooms** | -:- 12 |
| **Monthly Alternative Hardship Rent Increase per room** | **$ 90.88** |

## COMPUTATION OF RETROACTIVE INCREASE (for Arrears): 9/1/2025 to 5/31/2026

**Rent Increase of $90.88 (per room per month) X 9 months of arrears = $817.92 per room.**

## LIMITATION:
The maximum permanent rent increase based upon Alternative Hardship to be collected in any 12-month period after the date of issuance of this Order, shall be limited to 6% of the rent in effect on September 1st, 2025. Any excess beyond six percent will be allowed in future years but shall not exceed 6% of such rent specified above in any 12-month period.

---

[1] It is noted that the owner re-financed the mortgage for $5,000,000.00 and removed the excess cash.

**NOTICE TO OWNER/LANDLORD AND TENANT:**

Unless there is a provision authorizing such increases in the current lease of the tenant in occupancy, the increase provided in this Order cannot go into effect until the expiration of such lease.

As required by the Rent Stabilization Law and Code, the owner is required to maintain all required or essential services, including that of repairs and maintenance, which were furnished or required to be furnished as of the date of issuance of this Order.

Any tenant residing in the City of New York affected by this Order may cancel their lease upon sixty (60) days' written notice to the owner provided such notice is served on the owner within thirty (30) days after receipt of a copy of this Order. Such tenants may remain in occupancy at no increase in rent until they vacate the apartment.

No more than one Order adjusting any stabilized rent for any dwelling unit based on Hardship may be issued in any 36-month period.

If a Rent Reduction Order is currently in effect for any apartment(s) in the building due to the owner's failure to provide or maintain services, any rent increase herein, which is to take effect on or after the effective date of the Rent Reduction, will be non-collectible for such apartment(s) until a Rent Restoration Order has been issued, and will only be collectible from the effective date of the Rent Restoration.

Any portion of an Alternative Hardship Order which has taken effect prior to the effective date of the Rent Reduction Order is collectible by the owner.

For this Hardship to be collectible during a vacancy lease term, the vacancy lease must state that an Alternative Hardship Application is pending and list the docket number.

If the tenant of a Rent Stabilized apartment is to move from the building on or after the effective date of this Order, the owner may immediately charge that tenant the full increase for the period during which the tenant was in possession on or after such effective date.

Senior Citizens who qualify for SCRIE may not have to pay the increase. For SCRIE information call 311 if you reside in NYC. Outside of NYC, contact your local SCRIE office of the village/city where you reside.

Disabled persons who qualify for DRIE may not have to pay the increase. For DRIE information, call 311 if you reside in NYC. Outside of NYC, contact your local DRIE office of the village/city where you reside.

If you believe this Order is based on an error in law and/or fact, you may file a Petition for Administrative Review (PAR), Form RAR-2 no later than 35 days after the issuance of this Order. PARS filed after the time limit specified above will be considered late and will be dismissed. Requests for an extension of time to file a PAR cannot be considered. Call (833-499-0343) or visit your local Rent Office and request RAR-2. This form is also available on our website at www.hcr.ny.gov

<u>May 8, 2026</u>
Issue Date

Mathews C. Varghese
Rent Administrator

RO-30.5

Page | 3



**New York State Division of Housing and Community Renewal**
**Office of Rent Administration**
Gertz Plaza 92-31 Union Hall St.
Jamaica, NY 11433
Web Site: www.hcr.ny.gov

**Docket Number:**
**NO410001-OH**

## LISTING OF TENANT(S) AFFECTED BY THIS ORDER

### Subject Building: 135 West 78th Street
### New York, NY 10024

| Apartment Number | Tenant Name | Room Count |
|---|---|---|
| 3A | Current Occupant | 2 |
| 3B | David Glaser | 2 |