**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SMALL PROPERTY OWNERS OF NEW
YORK, INC. *et al.*,

              Plaintiffs,

       v.

THE CITY OF NEW YORK *et al.*,

              Defendants.

Case No. 1:25-cv-09425-JPC

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Babak Ghafarzade, hereby move this Court for an order withdrawing as counsel for Intervenors NY Tenants & Neighbors and Community Voices Heard, in the above-captioned matter. Selendy Gay PLLC will remain the counsel of record for Intervenors NY Tenants & Neighbors and Community Voices Heard in this case.

Dated: New York, NY
       July 31, 2026

Respectfully submitted,

By:   /s/       *Babak Ghafarzade*
       Babak Ghafarzade
       SELENDY GAY PLLC
       1290 Avenue of the Americas
       New York, NY  10104
       Tel: 212-390-9085
       bghafarzade@selendygay.com

       *Attorneys for Intervenors NY Tenants &*
       *Neighbors and Community Voices Heard*