**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SMALL PROPERTY OWNERS OF NEW YORK, INC. *et al.*,

Plaintiffs,

v.

THE CITY OF NEW YORK *et al.*,

Defendants.

Case No. 1:25-cv-09425-JPC

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Babak Ghafarzade, hereby move this Court for an order withdrawing as counsel for Intervenors NY Tenants & Neighbors and Community Voices Heard, in the above-captioned matter. Selendy Gay PLLC will remain the counsel of record for Intervenors NY Tenants & Neighbors and Community Voices Heard in this case.

Dated: New York, NY
      July 31, 2026

Respectfully submitted,

The Clerk of Court is respectfully directed to terminate Babak Ghafarzade as counsel in this matter and to close Dkt. 114.

SO ORDERED
August 3, 2026

JOHN P. CRONAN
United States District Judge

By:    /s/      *Babak Ghafarzade*
Babak Ghafarzade
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9085
bghafarzade@selendygay.com

*Attorneys for Intervenors NY Tenants &*
*Neighbors and Community Voices Heard*